```
 1                                    VOLUME:  I
                                      PAGES:  1-314
 2                                    EXHIBITS:  21-31

 3              UNITED STATES DISTRICT COURT

 4              DISTRICT OF MASSACHUSETTS

 5      *******************************
        DONNA GAVIN,
 6                        Plaintiff
        vs.
 7      CITY OF BOSTON and
        MARK HAYES,
 8                        Defendants
        *******************************
 9

10

11

12

13

14
                DEPOSITION of JARROD A. GERO
15              Wednesday, December 4, 2019
                         10:05 a.m.
16              Held at:  Todd & Weld, LLP
                    One Federal Street
17                 Boston, Massachusetts

18

19

20

21     ------- Megan M. Castro, RPR, Court Reporter -------

22

23

24
```

```
 1        A.   It is 12 classes.  I think I am on class
 2   six, right now.
 3        Q.   And with respect to your employment
 4   background, what is your current position?
 5        A.   Detective, Boston Police.
 6        Q.   Do you have a particular assignment?
 7        A.   Domestic violence unit.
 8        Q.   How long have you been there?
 9        A.   Since May of this year.
10        Q.   Before the domestic violence unit, where
11   were you situated?
12        A.   The special investigations.
13        Q.   As a detective?
14        A.   Yes.
15        Q.   How long were you in the special
16   investigations?
17        A.   A little under two years, 18 months.
18        Q.   So approximately --
19        A.   Approximately, 18 months.
20        Q.   October of 2017 to May of 2019?
21        A.   Yes, it might have been August.  Maybe
22   August of '17 until May of '19.
23        Q.   All right.  And why did you transfer from
24   special investigations to domestic violence?
```

```
 1            MS. REIS:  Objection.  I am going to
 2   instruct him not to answer.
 3   BY MR. CARTER:
 4       Q.   Are you going to follow that instruction?
 5       A.   Yes.
 6       Q.   Just so we don't clutter the record, If
 7   your attorney instructs you not to answer during
 8   this deposition, are you going to follow that
 9   instruction?
10       A.   Yes.
11       Q.   Okay.
12            Were you disciplined in connection with
13   that transfer?
14            MS. REIS:  Objection.  I am instructing
15   him not to answer.
16   BY MR. CARTER:
17       Q.   Was the transfer voluntary?
18            MS. REIS:  Objection.  I am instructing
19   him not to answer.
20   BY MR. CARTER:
21       Q.   Did you disclose any confidential
22   information, investigation information?
23            MS. REIS:  Objection.  I am instructing
24   him not to answer.
```