UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONNA GAVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 18-10819-LTS |
| CITY OF BOSTON and MARK HAYES, | ) ) ) |
| Defendants. | ) ) |

JUDGMENT

November 17, 2021

Pursuant to the verdict of the jury, Doc. No. 261, dated November 15, 2021, judgment is entered (1) in favor of Donna Gavin and against the City of Boston on Counts I, II, V, and VI and (2) in favor of Donna Gavin and against Mark Hayes on Counts II and III.  Pursuant to the jury verdict, Donna Gavin is awarded the following damages from Defendants: $1 million in emotional distress and/or reputation damages, $60,000 in lost overtime, sick time, and vacation damages, and $940,000 in lost promotion damages.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge