# EXHIBIT 1

# INVOICE



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92623 | 11/21/2019 | 88810 |
| **Job Date** | **Case No.** | |
| 11/8/2019 | 1:18-CV-10819-LTS | |
| **Case Name** | | |
| Donna Gavin v. City of Boston, et al | | |
| **Payment Terms** | | |
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| Transcript/Index of: | | | | |
|---|---|---|---|---|
| Gregory Long | 334.00  Pages | @ | 3.95 | 1,319.30 |
| Electronic File Formats | | | 30.00 | 30.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Shipping & Handling | | | 20.00 | 20.00 |
| Condensed Transcript | | | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$1,384.30** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

**PLEASE NOTE: OUR NEW ADDRESS: 68 COMMERCIAL WHARF, BOSTON, MA 02110

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514

Phone: 617-720-2626   Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

### INVOICE APPROVAL
Client Number: __12991·001__
Client Name/Matter: __Gavin, Donna / Employment Discrimination__
Invoice Approved By: _____
Date of Approval: __11/22/2019__

| Invoice No. | : | 92623 |
|---|---|---|
| Invoice Date | : | 11/21/2019 |
| **Total Due** | : | **$1,384.30** |

Remit To:   **O'Brien & Levine**      **888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

| Job No. | : | 88810 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA 01888
Phone: (617) 422-0005        Fax: (617) 505-1565



**Dunn Reporting Services, Inc.**

## Invoice

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 03, 2019 | 41240tra |

Lucia A. Passanisi
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:        (617) 720-2626        Fax:

| | |
|---|---|
| **Witness:** | Ludwik Bartkiewicz |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 11/13/2019 |
| **Start Time:** | 10:03 AM |
| **End Time:** | 3:18 PM |
| **Reporter:** | Colleen Pedersen |
| **Claim #:** | |
| **File #:** | 34273cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 186 | $585.90 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| Sub Total | | $626.90 |
| Payments | | $0.00 |
| Balance Due | | $626.90 |

**INVOICE APPROVAL**

Client Number: __10991.001__
Client Name/Matter: __Gavin, Donna / Employment Discrimination__
Invoice Approved By: _____
Date of Approval: __12/5/2019__

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

# INVOICE



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92924 | 12/10/2019 | 89137 |
| Job Date | | Case No. |
| 11/26/2019 | | 1:18-CV-10819-LTS |
| | Case Name | |
| Donna Gavin v. City of Boston, et al | | |
| | Payment Terms | |
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

Brian Miller

| | | | | |
|---|---|---|---|---|
| | 347.00 Pages | @ | 3.95 | 1,370.65 |
| Electronic File Formats | | | 30.00 | 30.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | TOTAL DUE >>> | | **$1,415.65** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

**PLEASE NOTE: OUR NEW ADDRESS: 68 COMMERCIAL WHARF, BOSTON, MA 02110

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514

Phone: 617-720-2626   Fax:617-624-4836

*Please detach bottom portion and return with payment.*

## INVOICE APPROVAL

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Client Number: 12991.001
Client Name/Matter: Gavin, Donna / Employment Litigation
Invoice Approved By: _____
Date of Approval: 12|11|2019

Invoice No.    :  92924
Invoice Date   :  12/10/2019
Total Due      :  **$1,415.65**

Remit To:   **O'Brien & Levine**     **888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

| | | |
|---|---|---|
| Job No. | : | 89137 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

# I N V O I C E



**O'BRIEN & LEVINE**
COURT REPORTING SOLUTIONS

GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93099 | 12/18/2019 | 89140 |

| Job Date | Case No. |
|---|---|
| 12/12/2019 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Mark Hayes | 409.00 Pages | @ | 3.95 | 1,615.55 |
| Electronic File Formats | | | 30.00 | 30.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$1,660.55** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

**PLEASE NOTE: OUR NEW ADDRESS: 68 COMMERCIAL WHARF, BOSTON, MA 02110

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                                                Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

### INVOICE APPROVAL
Client Number: _12991.001_
Client Name/Matter: _Gavin, Donna, Employment Discrimination_
Invoice Approved By: _____
Date of Approval: _12/20/19_

| | |
|---|---|
| Invoice No. | : 93099 |
| Invoice Date | : 12/18/2019 |
| **Total Due** | : **$1,660.55** |

Remit To:  **O'Brien & Levine    888.825.3376**
**68 Commercial Wharf**
**Boston MA  02110**

| | |
|---|---|
| Job No. | : 89140 |
| BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-10819-LTS |
| Case Name | : Donna Gavin v. City of Boston, et al |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93047 | 12/18/2019 | 89139 |

| Job Date | Case No. | |
|---|---|---|
| 12/10/2019 | 1:18-CV-10819-LTS | |

| Case Name | |
|---|---|
| Donna Gavin v. City of Boston, et al | |

| Payment Terms | |
|---|---|
| Net 30, after 30 int. at 1.5% per month | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Norma Ayala | 293.00 Pages | @ | 3.95 | 1,157.35 |
| Electronic File Formats | | | 30.00 | 30.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$1,202.35** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

**PLEASE NOTE: OUR NEW ADDRESS: 68 COMMERCIAL WHARF, BOSTON, MA 02110

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514

Phone: 617-720-2626   Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| Invoice No. | : | 93047 |
|---|---|---|
| Invoice Date | : | 12/18/2019 |
| **Total Due** | : | **$1,202.35** |

## INVOICE APPROVAL

Client Number: _12991.001_
Client Name/Matter: _Gavin, Donna / Employment Discrimination_
Invoice Approved By: _[signature]_
Date of Approval: _12/20/19_

Remit To:   **O'Brien & Levine**   **888.825.3376**
**68 Commercial Wharf**
**Boston MA  02110**

| Job No. | : | 89139 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93159 | 12/20/2019 | 89138 |

| Job Date | Case No. | |
|---|---|---|
| 12/4/2019 | 1:18-CV-10819-LTS | |

| Case Name | | |
|---|---|---|
| Donna Gavin v. City of Boston, et al | | |

| Payment Terms | | |
|---|---|---|
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

---

Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Jarred Gero | 351.00  Pages | @ | 3.95 | 1,386.45 |
|    Electronic File Formats | | | 30.00 | 30.00 |
|    Transcript Archiving | | | 15.00 | 15.00 |
|    Shipping & Handling | | | 20.00 | 20.00 |
|    Condensed Transcript | | | 0.00 | 0.00 |

**TOTAL DUE >>>**            **$1,451.45**

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

**PLEASE NOTE: OUR NEW ADDRESS: 68 COMMERCIAL WHARF, BOSTON, MA 02110

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

---

**Tax ID:** 04-3106514

Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

---

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

### INVOICE APPROVAL

Client Number: _1991.001_
Client Name/Matter: _Gavin, Donna /Employment Discrimination_
Invoice Approved By: _NWC_
Date of Approval: _12/26/19_

| | | |
|---|---|---|
| Invoice No. | : | 93159 |
| Invoice Date | : | 12/20/2019 |
| **Total Due** | : | **$1,451.45** |

---

Remit To:   **O'Brien & Levine**    888.825.3376
            **68 Commercial Wharf**
            **Boston  MA  02110**

| | | |
|---|---|---|
| Job No. | : | 89138 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA  01888
Phone: (617) 422-0005        Fax: (617) 505-1565



**Dunn**
**Reporting Services, Inc.**

## Invoice

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 16, 2020 | 41636tra |

Lucia A. Passanisi
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:     (617) 720-2626        Fax:

| | |
|---|---|
| **Witness:** | Donna Gavin |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 12/18/2019 |
| **Start Time:** | 9:05 AM |
| **End Time:** | 7:18 PM |
| **Reporter:** | Cheryl Lynch |
| **Claim #:** | |
| **File #:** | 34596cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 420 | $1,323.00 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| Sub Total | | $1,364.00 |
| Payments | | $0.00 |
| Balance Due | | $1,364.00 |

**INVOICE APPROVAL**

Client Number: _12991.001_
Client Name/Matter: _Gavin, Donna / Employment Discrimination_
Invoice Approved By: _____
Date of Approval: _1/23/2020_

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to
all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94519 | 3/10/2020 | 90671 |

| Job Date | Case No. |
|---|---|
| 2/25/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | | |
|---|---|---|---|---|---|
| George Juliano | 458.00 | Pages | @ | 3.95 | 1,809.10 |
| Electronic File Formats | | | | 35.00 | 35.00 |
| Transcript Archiving | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$1,859.10** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                    Phone: 617-720-2626     Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 94519 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | : | **$1,859.10** |

| | | |
|---|---|---|
| Job No. | : | 90671 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:   **O'Brien & Levine        888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

# INVOICE



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94519 | 3/10/2020 | 90671 |

| Job Date | Case No. | |
|---|---|---|
| 2/25/2020 | 1:18-CV-10819-LTS | |

| Case Name | | |
|---|---|---|
| Donna Gavin v. City of Boston, et al | | |

| Payment Terms | | |
|---|---|---|
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| Transcript/Index of: | | | | |
|---|---|---|---|---|
| George Juliano | | 458.00 Pages | @ | 3.95 | 1,809.10 |
| Electronic File Formats | | | 35.00 | 35.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | **TOTAL DUE  >>>** | | **$1,859.10** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

### INVOICE APPROVAL

Client Number: _12991-001_
Client Name/Matter: _Gavin, Donna / Employment Discrim._
Invoice Approved By: _____
Date of Approval: _3/11/20_

Tax ID: 04-3106514

Phone: 617-720-2626   Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 94519 |
| Invoice Date | : | 3/10/2020 |
| **Total Due** | : | **$1,859.10** |

| Remit To: | **O'Brien & Levine** | **888.825.3376** |
|---|---|---|
| | **68 Commercial Wharf** | |
| | **Boston MA  02110** | |

| | | |
|---|---|---|
| Job No. | : | 90671 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

# INVOICE



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94054 | 2/19/2020 | 90285 |
| **Job Date** | **Case No.** | |
| 2/10/2020 | 1:18-CV-10819-LTS | |
| **Case Name** | | |
| Donna Gavin v. City of Boston, et al | | |
| **Payment Terms** | | |
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| Transcript/Index of: | | | | | |
|---|---|---|---|---|---|
| Sharon Dottin | | 146.00  Pages | @ | 3.95 | 576.70 |
| Electronic File Formats | | | | 35.00 | 35.00 |
| Transcript Archiving | | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$626.70** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account on www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                                      Phone: 617-720-2626   Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

### INVOICE APPROVAL

Client Number: __12991-001__
Client Name/Matter: __Gavin, Donna / Employment Discrimination__
Invoice Approved By: _____
Date of Approval: __2/20/20__

| | | |
|---|---|---|
| Invoice No. | : | 94054 |
| Invoice Date | : | 2/19/2020 |
| **Total Due** | : | **$626.70** |

Remit To:  **O'Brien & Levine**     **888.825.3376**
**68 Commercial Wharf**
**Boston MA  02110**

| | | |
|---|---|---|
| Job No. | : | 90285 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94130 | 2/28/2020 | 90381 |

| Job Date | Case No. |
|---|---|
| 2/14/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Lucia A. Passanisi
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | | |
|---|---|---|---|---|---|
| Mark Lynch | | 70.00  Pages | @ | 3.95 | 276.50 |
| | Electronic File Formats | | | 35.00 | 35.00 |
| | Transcript Archiving | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$326.50** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 4.90 |
| **(=) New Balance:** | **$331.40** |

**Tax ID:** 04-3106514

Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Lucia A. Passanisi
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 94130 |
| Invoice Date | : | 2/28/2020 |
| **Total Due** | **:** | **$331.40** |

| | | |
|---|---|---|
| Job No. | : | 90381 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:   **O'Brien & Levine       888.825.3376**
           **68 Commercial Wharf**
           **Boston MA  02110**



GLOBAL COVERAGE • court-reporting.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94396 | 3/12/2020 | 90672 |

| Job Date | Case No. | |
|---|---|---|
| 2/28/2020 | 1:18-CV-10819-LTS | |

| Case Name | | |
|---|---|---|
| Donna Gavin v. City of Boston, et al | | |

| Payment Terms | | |
|---|---|---|
| Net 30, after 30 int. at 1.5% per month | | |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Mark Harrington | 256.00  Pages | @ | 3.95 | 1,011.20 |
| Electronic File Formats | | | 35.00 | 35.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | TOTAL DUE  >>> | | $1,061.20 |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

### INVOICE APPROVAL
Client Number: _12991-001_
Client Name/Matter: _Gavin Donna / Employment Discrimination_
Invoice Approved By: _[signature]_
Date of Approval: _3/13/2020_

Tax ID: 04-3106514

Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 94396 |
| Invoice Date | : | 3/12/2020 |
| **Total Due** | : | **$1,061.20** |

| | | |
|---|---|---|
| Job No. | : | 90672 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:  **O'Brien & Levine**    **888.825.3376**
          **68 Commercial Wharf**
          **Boston MA  02110**

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA  01888
Phone: (617) 422-0005          Fax: (617) 505-1565



# Invoice

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 17, 2020 | 42185tra |

Nicholas B. Carter
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:    (617) 720-2626        Fax:

| | |
|---|---|
| **Witness:** | Jessica Wagner |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 3/5/2020 |
| **Start Time:** | 9:33 AM |
| **End Time:** | 1:45 PM |
| **Reporter:** | Maureen Manzi |
| **Claim #:** | |
| **File #:** | 35266cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 158 | $545.10 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| | Sub Total | $586.10 |
| | Payments | $0.00 |
| | Balance Due | $586.10 |

**YOUR ACCOUNT
IS PAST DUE**
*We would appreciate your
payment today!*

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to
all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 94691 | 3/25/2020 | 90594 |

| Job Date | Case No. |
|---|---|
| 3/11/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Kathleen Doris | 245.00  Pages | @ | 3.95 | 967.75 |
| Electronic File Formats | | | 35.00 | 35.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| | | **TOTAL DUE  >>>** | | **$1,017.75** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                                                 Phone: 617-720-2626     Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 94691 |
| Invoice Date | : | 3/25/2020 |
| **Total Due** | **:** | **$1,017.75** |

| | | |
|---|---|---|
| Job No. | : | 90594 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:   **O'Brien & Levine      888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA  01888
Phone: (617) 422-0005        Fax: (617) 505-1565



**Invoice**

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 25, 2020 | 42288tra |

Lucia A. Passanisi
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:     (617) 720-2626      Fax:

| | |
|---|---|
| **Witness:** | William Gavin |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 3/10/2020 |
| **Start Time:** | 9:39 AM |
| **End Time:** | 10:56 AM |
| **Reporter:** | Karen Pomeroy |
| **Claim #:** | |
| **File #:** | *35300cad* |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 61 | $210.45 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| Sub Total | | $251.45 |
| Payments | | $0.00 |
| Balance Due | | $251.45 |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA 01888
Phone: (617) 422-0005      Fax: (617) 505-1565



*Dunn Reporting Services, Inc.*

### Invoice

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 25, 2020 | 42291tra |

Nicholas B. Carter
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:     (617) 720-2626      Fax:

| | |
|---|---|
| **Witness:** | Kara Connolly |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 3/9/2020 |
| **Start Time:** | 9:35 AM |
| **End Time:** | 1:45 PM |
| **Reporter:** | Karen Pomeroy |
| **Claim #:** | |
| **File #:** | 35281cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 199 | $686.55 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| | **Sub Total** | $727.55 |
| | **Payments** | $0.00 |
| | **Balance Due** | $727.55 |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95368 | 7/8/2020 | 92157 |

| Job Date | Case No. |
|---|---|
| 6/30/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | | | |
|---|---|---|---|---|
| Videoconferenced Transcript/Index of: | | | | |
| Janet Dougherty | 139.00  Pages | @ | 3.10 | 430.90 |
| Electronic File Formats | | | 35.00 | 35.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Exhibit Processing | 22.00  Pages | @ | 0.35 | 7.70 |
| Mobile Videoconferencing (Zoom) Connection | | | 175.00 | 175.00 |
| Discount | | | -175.00 | -175.00 |
| | | **TOTAL DUE  >>>** | | **$488.60** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                             Phone: 617-720-2626     Fax:617-624-4836

---

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 95368 |
| Invoice Date | : | 7/8/2020 |
| **Total Due** | : | **$488.60** |

| | | |
|---|---|---|
| Job No. | : | 92157 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:   **O'Brien & Levine       888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95365 | 7/8/2020 | 92124 |

| Job Date | Case No. |
|---|---|
| 6/30/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | | | | |
|---|---|---|---|---|---|
| Videoconferenced Transcript/Index of: | | | | | |
| Janet Dougherty as a 30(b)(6) | 147.00 | Pages | @ | 4.15 | 610.05 |
| Electronic File Formats | | | | 35.00 | 35.00 |
| Transcript Archiving | | | | 15.00 | 15.00 |
| eDepoze. | | | | 300.00 | 300.00 |
| Exhibit Processing | 98.00 | Pages | @ | 0.20 | 19.60 |
| Mobile Videoconference- Set up & Connection | | | | 325.00 | 325.00 |
| Discount | | | | -325.00 | -325.00 |
| | | | **TOTAL DUE  >>>** | | **$979.65** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                   Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 95365 |
| Invoice Date | : | 7/8/2020 |
| **Total Due** | : | **$979.65** |

| | | |
|---|---|---|
| Remit To: **O'Brien & Levine**    **888.825.3376** | Job No. | : | 92124 |
| **68 Commercial Wharf** | BU ID | : | 1-MAIN |
| **Boston MA  02110** | Case No. | : | 1:18-CV-10819-LTS |
| | Case Name | : | Donna Gavin v. City of Boston, et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95547 | 7/17/2020 | 92130 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2020 | 1:18-CV-10819-LTS | |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | | | | |
|---|---|---|---|---|---|
| Videoconferenced Transcript/Index of: | | | | | |
| Paul Donovan | 89.00 | Pages | @ | 4.15 | 369.35 |
|     Electronic File Formats | | | | 35.00 | 35.00 |
|     Transcript Archiving | | | | 15.00 | 15.00 |
|     Mobile Videoconference- Set up & Connection | | | | 325.00 | 325.00 |
|     Discount | | | | -325.00 | -325.00 |
| | | | **TOTAL DUE  >>>** | | **$419.35** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                                     Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 95547 |
| Invoice Date | : | 7/17/2020 |
| **Total Due** | **:** | **$419.35** |

| | | |
|---|---|---|
| Job No. | : | 92130 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:  **O'Brien & Levine**     **888.825.3376**
          **68 Commercial Wharf**
          **Boston MA  02110**

# I N V O I C E

**O&L O'BRIEN & LEVINE**
COURT REPORTING SOLUTIONS
GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95560 | 7/21/2020 | 92131 |

| Job Date | Case No. |
|---|---|
| 7/15/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Videoconferenced Transcript/Index of:

| | | | | | |
|---|---|---|---|---|---|
| William Gross | | 81.00  Pages | @ | 4.15 | 336.15 |
| | Electronic File Formats | | | 35.00 | 35.00 |
| | Transcript Archiving | | | 15.00 | 15.00 |
| | | | **TOTAL DUE  >>>** | | **$386.15** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                      Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 95560 |
| Invoice Date | : | 7/21/2020 |
| **Total Due** | **:** | **$386.15** |

| | | |
|---|---|---|
| Job No. | : | 92131 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

Remit To:   **O'Brien & Levine      888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

**PLEASE REMIT TO:**

Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA 01888
Phone: (617) 422-0005      Fax: (617) 505-1565



**Invoice**

| Invoice Date | Invoice # |
|---|---|
| Friday, August 28, 2020 | 43153tra |

Nicholas B. Carter
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:      (617) 720-2626      Fax:

| | |
|---|---|
| **Witness:** | Winifred Cotter |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 8/6/2020 |
| **Start Time:** | 10:10 AM |
| **End Time:** | 5:24 PM |
| **Reporter:** | June Poirier |
| **Claim #:** | |
| **File #:** | *36043cad* |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 221 | $762.45 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| Sub Total | | $803.45 |
| Payments | | $0.00 |
| Balance Due | | $803.45 |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to
all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

**PLEASE REMIT TO:**
Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA  01888
Phone: (617) 422-0005          Fax: (617) 505-1565



# Invoice

| Invoice Date | Invoice # |
|---|---|
| Wednesday, September 09, 2020 | 43274tra |

Lucia A. Passanisi
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:    (617) 720-2626      Fax:

| | |
|---|---|
| **Witness:** | Amy Matthews |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 8/10/2020 |
| **Start Time:** | 10:02 AM |
| **End Time:** | 10:52 AM |
| **Reporter:** | Jennifer Vaillancourt |
| **Claim #:** | |
| **File #:** | 35343cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 31 | $106.95 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| **Sub Total** | | **$147.95** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$147.95** |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96594 | 9/16/2020 | 93176 |

| Job Date | Case No. |
|---|---|
| 9/3/2020 | 1:18-CV-10819-LTS |

| Case Name |
|---|
| Donna Gavin v. City of Boston, et al |

| Payment Terms |
|---|
| Net 30, after 30 int. at 1.5% per month |

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

Videoconferenced Transcript/Index of:

Mark Hayes

| | | | | |
|---|---|---|---|---|
| Transcript Minimum | | | 250.00 | 250.00 |
| Exhibit Processing | 6.00 Pages | @ | 0.35 | 2.10 |
| Electronic File Formats | | | 35.00 | 35.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Mobile Videoconferencing (Zoom) Connection | | | 175.00 | 175.00 |
| Discount: Videoconference | | | -87.50 | -87.50 |

**TOTAL DUE  >>>**   **$389.60**

*50% discount on videoconferencing services for jobs booked after July 15th*

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at www.court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop. To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514                                              Phone: 617-720-2626    Fax:617-624-4836

*Please detach bottom portion and return with payment.*

Nicholas B. Carter
Todd & Weld LLP
One Federal St
27th Floor
Boston MA  02110

| | | |
|---|---|---|
| Invoice No. | : | 96594 |
| Invoice Date | : | 9/16/2020 |
| **Total Due** | : | **$389.60** |

Remit To:   **O'Brien & Levine**      **888.825.3376**
            **68 Commercial Wharf**
            **Boston MA  02110**

| | | |
|---|---|---|
| Job No. | : | 93176 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:18-CV-10819-LTS |
| Case Name | : | Donna Gavin v. City of Boston, et al |

**PLEASE REMIT TO:**
Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA 01888
Phone: (617) 422-0005     Fax: (617) 505-1565



# Invoice

| Invoice Date | Invoice # |
|---|---|
| Monday, October 05, 2020 | 43538tra |

Lucia A. Passanisi
Todd & Weld, LLP
1 Federal Street
27th Floor
Boston, MA 02110

Phone:   (617) 720-2626     Fax:

| | |
|---|---|
| **Witness:** | Amy Matthews |
| **Case:** | Gavin, Donna v. Boston Police Dept., et al |
| **Venue:** | United States District Court of Massachusetts |
| **Case #:** | 1:18-cv-10819-LTS |
| **Date:** | 8/24/2020 |
| **Start Time:** | 10:04 AM |
| **End Time:** | 2:20 PM |
| **Reporter:** | Jennifer Vaillancourt |
| **Claim #:** | |
| **File #:** | 36168cad |

| Description | Quan | Total |
|---|---|---|
| Copy of Transcript | 148 | $510.60 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing fee | 1 | $6.00 |
| **Sub Total** | | **$551.60** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$551.60** |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt.  A service charge of 1.5% per month will be applied to all past due balances.  We accept Visa, MasterCard, Discover & American Express.*

**Ellen M. Fritch & Associates**

363 Silver Street
South Boston, Massachusetts 02127
(617) 269-5448  EMFritch@aol.com
COURT REPORTERS

FED ID #04-3101842

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2020 | 32829 |

| Bill To |
|---------|

Nicholas B. Carter, Esquire
TODD & WELD
One Federal Street - 27th Floor
Boston, MA 02110

RE:

Gavin v. BPD, et al

| Terms | Reporter |
|-------|----------|
| Due upon receipt | LLK |

| DESCRIPTION | PAGES | AMT/PAGE | TOTAL |
|-------------|-------|----------|-------|
| Deposition of Thomas G. Stack | 276 | 3.50 | 966.00 |
| E-Transcript | | 35.00 | 35.00 |
| Minuscript & Index | | 35.00 | 35.00 |
| | | | |
| Copy sent in PDF, PDF Mini and Etranscript on 12.04.2020 | | | |

| WE APPRECIATE YOUR BUSINESS | **Total** | $1,036.00 |
|-----------------------------|-----------|-----------|
| PLEASE RETURN PAYMENT PROMPTLY. THANK YOU. | **Balance Due** | $1,036.00 |

**Ellen M. Fritch & Associates**

363 Silver Street
South Boston, Massachusetts 02127
(617) 269-5448  EMFritch@aol.com
COURT REPORTERS

FED ID #04-3101842

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2020 | 32863 |

| Bill To |
|---------|

Nicholas B. Carter, Esquire
TODD & WELD
One Federal Street - 27th Floor
Boston, MA 02110

RE:

Gavin v. COB, et al

| Terms | Reporter |
|-------|----------|
| Due upon receipt | LLK |

| DESCRIPTION | PAGES | AMT/PAGE | TOTAL |
|-------------|-------|----------|-------|
| Deposition of Norman H. Stamper taken on 12.04.2020 | 300 | 3.50 | 1,050.00 |
| Minuscript & Index | | 35.00 | 35.00 |
| | | | |
| Copy sent in PDF on 12.22.2020 | | | |

| WE APPRECIATE YOUR BUSINESS | **Total** | $1,085.00 |
|-----------------------------|-----------|-----------|
| PLEASE RETURN PAYMENT PROMPTLY. THANK YOU. | **Balance Due** | $1,085.00 |

**Ellen M. Fritch & Associates**

363 Silver Street
South Boston, Massachusetts 02127
(617) 269-5448  EMFritch@aol.com
COURT REPORTERS

FED ID #04-3101842

# Invoice

| Date | Invoice # |
|---|---|
| 12/27/2020 | 32875 |

| Bill To |
|---|

Nicholas B. Carter, Esquire
TODD & WELD
One Federal Street - 27th Floor
Boston, MA 02110

RE:

Gavin v. COB, et al

| Terms | Reporter |
|---|---|
| Due upon receipt | PMH |

| DESCRIPTION | PAGES | AMT/PAGE | TOTAL |
|---|---|---|---|
| Deposition of Kimberly D. Hassell taken on 12.04.2020 (Technical) | 216 | 3.50 | 756.00 |
| Minuscript & Index | | 35.00 | 35.00 |
| Copy sent in PDF on 12.26.2020 | | | |

| WE APPRECIATE YOUR BUSINESS | **Total** | $791.00 |
|---|---|---|
| PLEASE RETURN PAYMENT PROMPTLY. THANK YOU. | **Balance Due** | $791.00 |